UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S., *on behalf of his minor son*, D.S.,

                        Plaintiff,

    v.

VALLEY CENTRAL SCHOOL DISTRICT,
*and* EVETTE AVILA, *Superintendent*,

                        Defendants.

No. 24-CV-492 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record during the hearing held today, February 2, 2024, Plaintiff's application for a temporary restraining order and preliminary injunction, (*see* Dkt. Nos. 5–9), is denied.

SO ORDERED.

Dated:   February 2, 2024
          White Plains, New York

                                                KENNETH M. KARAS
                                                United States District Judge